```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**MARIAN THOMPSON,**

    **Plaintiff,**

    vs.                                  Civil Action 2:10-CV-561
                                              Judge Marbley
                                              Magistrate Judge King

**JAMES M ASH,** *et al.*,

    **Defendants.**

<u>ORDER</u>

    The *Complaint*, which names as defendants agents of the United States Department of Justice, was filed on June 17, 2010.  Doc. No. 2. It does not appear that effective service on the named defendants has ever been effected.  *See Order*, Doc. No. 10.

    Plaintiff was granted until March 11, 2011 to show cause why the claims asserted in this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to effect service of process.  *Order*, Doc. No. 17.  Plaintiff has made no response to that order.  It therefore appears that plaintiff does not intend to pursue the litigation.

    This action is therefore **DISMISSED** without prejudice for failure to timely effect service of process.  Fed. R. Civ. P. 4(m).

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

                                                     *s/Algenon L. Marbley*
                                                       Algenon L. Marbley
                                               United States District Judge