\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**MARIAN THOMPSON,**

    **Plaintiff,**

  **vs.**                                             **Civil Action 2:10-CV-561**
                                                                  **Judge Marbley**
                                                                  **Magistrate Judge King**

**JAMES M ASH,** *et al.***,**

    **Defendants.**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 21, 2011 Order, this action is hereby DISMISSED without prejudice for failure to timely effect service of process.

Date: **March 21, 2011**                        **James Bonini, Clerk**

                                                        s/Betty L. Clark
                                                        Betty L. Clark/Deputy Clerk